IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| ELLEN ZAMARIA, | ) | C/A NO. 4:13-cv-03303-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CONSENT ORDER GRANTING |
| | ) | LEAVE FOR PLAINTIFF TO FILE |
| 2600 NORTH HOA, INC., | ) | AMENDED COMPLAINT |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT APPEARING to the Court, upon motion of the Plaintiff and with the consent of the Defendants, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, that leave should be granted to allow the Plaintiff to file an Amended Complaint in order to add additional possibly culpable Defendants, Hilton Grand Vacations Management, LLC and Ocean Club, LLC, whose identity were unknown at the time of the filing of the original Complaint, it is therefore,

ORDERED that the Plaintiff shall be allowed to file an Amended Complaint properly identifying the above-named Defendants who are possibly culpable due to their contractual relationship with Defendant, 2600 North HOA, Inc., because all parties consent and good cause has been shown. The Amended Complaint shall be filed within five (5) days.

AND IT IS SO ORDERED this 16th day of May, 2014 in Florence, South Carolina.

s/R. Bryan Harwell
R. BRYAN HARWELL
UNITED STATES DISTRICT JUDGE

**WE SO MOVE:**

1

E. PAUL GIBSON, P.C.,


s/E. PAUL GIBSON
E. PAUL GIBSON

Attorneys for the Plaintiff
P.O. Box 40997
N. Charleston, SC 29423-0997
(843) 225-3852
(843) 329-8580 (fax)
Paul@NorthCharlestonLaw.com



**WE SO CONSENT:**

CLAWSON & STAUBES, LLC


s/BARRETT R. BREWER
BARRETT R. BREWER

Attorney for Defendant, 2600 North HOA, Inc.
126 Seven Farms Drive
Suite 200
Charleston, SC 29492-7595
(843) 577-2026
(843) 722-2867 fax
bbrewer@clawsonandstaubes.com